IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>and STATE OF MISSOURI<br><br>       Plaintiffs,<br><br>              v.<br><br>THE DOE RUN RESOURCES<br> CORPORATION,<br>THE DOE RUN RESOURCES<br> CORPORATION d/b/a "THE DOE RUN<br> COMPANY";           and<br>THE BUICK RESOURCE RECYCLING<br> FACILITY, LLC<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:10-cv-1895<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF LODGING OF CONSENT DECREE**

Plaintiff, the United States of America, respectfully informs the Court that pursuant to 28 C.F.R. § 50.7, the United States is lodging a Consent Decree with this Court that has been agreed to and signed by the parties to this action. The Consent Decree is being lodged simultaneously with the filing of the Complaint in this action, and the Consent Decree settles all of the claims alleged in the Complaint. No action is required by the Court at this time.

Final approval by the United States and entry of the Consent Decree is subject to the Department of Justice's requirements set forth at 28 C.F.R. § 50.7 which provides, inter alia, for notice of the lodging of this Consent Decree in the Federal Register, an opportunity for public comment, and consideration of any comments.

During the pendency of the 30-day public comment period required under 28 C.F.R. § 50.7 for the Consent Decree, no action is required of this Court. After the expiration of the public comment period and evaluation of the comments received, the Court will be advised whether the Consent Decree may be entered or whether further action may be required.

                                  Respectfully Submitted,

                                  IGNACIA S. MORENO
                                  Assistant Attorney General
                                  United States Department of Justice
                                  Environment and Natural Resources Division

Date: <u>October 8, 2010</u>              <u>//s// Cynthia M. Ferguson</u>
                                  CYNTHIA M. FERGUSON
                                  Trial Attorney
                                  Environmental Enforcement Section
                                  Environment and Natural Resources Division
                                  United States Department of Justice
                                  P.O. Box 7611 Benjamin Franklin Station
                                  Washington, D.C. 20044-7611
                                  Telephone: (202) 616-6560
                                  Fax: (202) 514-4180
                                  Email: <u>cynthia.ferguson@usdoj.gov</u>

                                  LOCAL COUNSEL:

                                  RICHARD G. CALLAHAN
                                  United States Attorney
                                  Eastern District of Missouri
                                  SUZANNE J. MOORE
                                  Assistant United States Attorney
                                  Thomas F. Eagleton U.S. Courthouse
                                  111 South 10th Street, 20th Floor
                                  St. Louis, Missouri 63102
                                  Telephone: (314) 539-2200

OF COUNSEL

| | |
|---|---|
| DANA SKELLEY | DANIELLE C. FIDLER |
| PATRICIA GILLISPIE MILLER | Attorney-Advisor |
| SARA HERTZ | U.S. Environmental Protection Agency |
| STEVEN L. SANDERS | 1200 Pennsylvania Avenue NW |
| Regional Counsel | Mail Code 2248-A |
| U.S. Environmental Protection Agency | Washington, DC 20460 |
|     Region VII | |
| 901 N. 5th Street | |
| Kansas City, Kansas 66101 | |

## CERTIFICATE OF SERVICE

I hereby certify that the following were notified via electronic transmission of the above Notice of Lodging:

>Stacy Stotts
>Partner
>Stinson Morrison Hecker LLP
>1201 Walnut Street, Suite 2900
>Kansas City, MO 64106-2150
>(816) 691-3363
>email: SStotts@stinson.com
>
>Kara L. Valentine
>Assistant Attorney General
>Missouri Attorney General Office
>221 West High Street
>P.O. Box 899
>Jefferson City, MO 65102
>(573) 751-3640
>email: kara.valentine@ago.mo.gov

Dated:  October 8, 2010            //s// Cynthia M. Ferguson
                                                                  CYNTHIA M. FERGUSON
                                                                  Trial Attorney
                                                                  Environmental Enforcement Section
                                                                  Environment and Natural Resources Division
                                                                  U.S. Department of Justice
                                                                  P.O. Box 7611
                                                                  Washington, D.C.  20044-7611
                                                                  (202) 616-6560