UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF MISSOURI, <br><br> Plaintiffs, <br><br> vs. <br><br> THE DOE RUN RESOURCES CORPORATION; THE DOE RUN RESOURCES CORPORATION d/b/a THE DOE RUN COMPANY; and THE BUICK RESOURCE RECYCLING FACILITY, LLC, <br><br> Defendants. | Case No. 4:10CV01895 JCH |

## ORDER

Consistent with this Court's Order dated January 25, 2011 (Doc. No. 40), Intervenor Plaintiff Nadist, LLC is granted until Tuesday, February 1, 2011 to file an amended Complaint in Intervention. The Complaint in Intervention, in particular Count V, shall be written in accordance with this Court's January 25, 2011 Order.

Accordingly,

**IT IS HEREBY ORDERED** that Intervenor Plaintiff Nadist, LLC shall have until February 1, 2011 to file its Complaint in Intervention.

Dated this 26th day of January, 2011.

/s/ Jean C. Hamiton
UNITED STATES DISTRICT JUDGE