UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and, ) | |
| STATE OF MISSOURI, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:10CV01895 JCH |
| ) | |
| THE DOE RUN RESOURCES ) | |
| CORPORATION, THE DOE RUN ) | |
| RESOURCES CORPORATION d/b/a ) | |
| THE DOE RUN COMPANY, and ) | |
| THE BUICK RESOURCE RECYCLING ) | |
| FACILITY, LLC, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff-Intervenor Nadist, LLC's Motion and Memorandum in Support to Stay the United States' Motion for Entry and for More Time to Respond. (Doc. No. 84).

**IT IS HEREBY ORDERED** that Plaintiff-Intervenor Nadist, LLC's Motion and Memorandum in Support to Stay the United States' Motion for Entry and for More Time to Respond (Doc. No. 84) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff-Intervenor Nadist, LLC is granted until **Thursday, July 7, 2011** to respond to the Joint Motion of the United States and Missouri to Enter the Proposed Consent Decree (Doc. No. 78).

Dated this 16th day of June, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE