UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and, <br> STATE OF MISSOURI, <br> <br> Plaintiffs, <br> <br> v. <br> <br> THE DOE RUN RESOURCES <br> CORPORATION, THE DOE RUN <br> RESOURCES CORPORATION d/b/a <br> THE DOE RUN COMPANY, and <br> THE BUICK RESOURCE RECYCLING <br> FACILITY, LLC, <br> <br> Defendants. | Case No.   4:10CV01895 JCH |

**MEMORANDUM AND ORDER**

Upon being informed by counsel that the parties have reached a settlement in the present action, the Court hereby vacates its order setting the hearing on Plaintiffs' Motion for Entry of Consent Decree for September 8, 2011 (ECF No. 110).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **STAYED** for sixty days from the date of this Order.  Within sixty days, the parties shall file an appropriate notice of settlement with the Court.

Dated this   7th   day of September, 2011.

/s/Jean C. Hamilton

UNITED STATES DISTRICT JUDGE