UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV1895 |
| ) | |
| THE DOE RUN RESOURCES CORP., et al., ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter is before the Court upon its review of the record. On April 2, 2012, Plaintiff-Intervenor Nadist, LLC ("Nadist") advised the Court in its Report on Settlement Status (ECF No. 124) that an additional two weeks were necessary to finalize and execute settlement documents in Nadist, LLC, et al. v. The Doe Run Resources Corp., et al., Case No. 4:06CV969 CDP, which will dispose of Nadist's remaining claim for fees and costs in this case.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **STAYED** until and including **April 16, 2012**.

**IT IS FURTHER ORDERED** that the parties shall file an appropriate notice of settlement with the Court by **April 16, 2012**.

Dated this   4th   day of April, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE