UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV1895 |
| ) | |
| THE DOE RUN RESOURCES CORP., et al., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court upon its review of the record. On April 2, 2012, Plaintiff-Intervenor Nadist, LLC ("Nadist") advised the Court in its Report on Settlement Status (ECF No. 124) that an additional two weeks were necessary to finalize and execute settlement documents in <u>Nadist, LLC, et al. v. The Doe Run Resources Corp., et al.</u>, Case No. 4:06CV969 CDP, which will dispose of Nadist's remaining claim for fees and costs in this case.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **STAYED** until and including **April 16, 2012**.

**IT IS FURTHER ORDERED** that the parties shall file an appropriate notice of settlement with the Court by **April 16, 2012**.


Dated this  4th  day of April, 2012.


                                                         /s/Jean C. Hamilton
                                                         UNITED STATES DISTRICT JUDGE