UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV1895 JCH |
| | ) | |
| THE DOE RUN RESOURCES CORP., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

### **ORDER**

This matter is before the Court upon its review of the record.  On April 16, 2012, Plaintiff-Intervenor Nadist, LLC ("Nadist") advised the Court in its Report on Settlement Status (ECF No. 126) that an additional two weeks were necessary to finalize and execute settlement documents in Nadist, LLC, et al. v. The Doe Run Resources Corp., et al., Case No. 4:06CV969 CDP, which will dispose of Nadist's remaining claim for fees and costs in this case.  The Court will grant the parties one additional week to finalize and execute settlement documents.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **STAYED** until and including **April 23, 2012**.

**IT IS FURTHER ORDERED** that the parties shall file an appropriate notice of settlement with the Court by **April 23, 2012**.

**IT IS FURTHER ORDERED** that the current stay **will not be subject to additional extension**.

Dated this   17th   day of April, 2012.

- 2 -

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE