IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA, ) | |
| STATE OF MISSOURI, and NADIST, ) | |
| LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 4:10-cv-1895 JCH |
| ) | |
| THE DOE RUN RESOURCES ) | |
| CORPORATION, ) | |
| THE DOE RUN RESOURCES ) | |
| CORPORATION d/b/a "THE DOE RUN ) | |
| COMPANY"; and ) | |
| THE BUICK RESOURCE RECYCLING ) | |
| FACILITY, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff-Intervenor Nadist, LLC (hereinafter "Nadist"), by and through

its attorneys, Fox Galvin, LLC, and hereby dismisses with prejudice all pending claims in this

matter with the parties' fees and costs resolved.

FOX GALVIN, LLC


By:   */s/ Ryan E. Mohr*
      Ronald E. Fox, E.D. Mo. No. 29487MO
      Theodore H. Lucas, E.D. Mo. No. 38740MO
      Bart C. Sullivan, E.D. Mo. No. 37239MO
      Ryan E. Mohr, E.D. Mo. No. 52939
      One South Memorial Drive, 12th Floor
      St. Louis, MO 63102
      (314) 588-7000
      (314) 588-1965 (Fax)
      rfox@foxgalvin.com
      tlucas@foxgalvin.com
      bsullivan@foxgalvin.com
      rmohr@foxgalvin.com

      and

      John M. Allen, E.D. Mo. No. 49642MO
      RestovichAllen, LLC
      13321 N. Outer Forty Rd., Suite 300
      Chesterfield, MO 63017
      (314) 434-7700
      (314) 448-4320 (Fax)
      john@restovichallen.com

      ATTORNEYS FOR INTERVENOR PLAINTIFF
      NADIST, LLC

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that service was made by means of the Notice of Electronic Filing, this 23rd day of April, 2012, to the following counsel of record:

Stacy Stotts
Daniel Bukovac
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
SStotts@stinson.com
dbukovac@stinson.com

Kara L. Valentine
Assistant Attorney General
Missouri Attorney General Office
221 West High Street
P.O. Box 899
Jefferson City, MO 65102
kara.valentine@ago.mo.gov
*Attorneys for Plaintiff State of Missouri*

Jon A. Santangelo
Jamie L. Boyer
Stinson Morrison Hecker LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
jsantangelo@stinson.com
jboyer@stinson.com

*Attorneys for Defendants The Doe Run
Resources Corporation and The Buick
Recycling Facility, LLC*

Cynthia M. Ferguson
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
cynthia.ferguson@usdoj.gov
and
Richard G. Callahan
United States Attorney
Eastern District of Missouri
Suzanne J. Moore
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, MO 63102
*Attorneys for Plaintiff United States
of America*

                                    */s/ Ryan E. Mohr*

3